**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC**, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 15-cv-2062 (TSC) |
| **JOHN DOE**, | ) | |
| Defendant. | ) | |

**ORDER OF DISMISAL**

In light of the Notice of Voluntary Dismissal, (ECF No. 6), filed by the Plaintiff, this action is hereby dismissed with prejudice.

Date: January 27, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge